UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 1:20-cv-22234-MARTINEZ-BECERRA**

LINCO ENTERPRISES, INC.

    Plaintiff,

v.

OLEG FIRER, EZ CAPITAL FUND, LLC,
STAR CAPITAL MANAGEMENT, LLC,
UNIFIED ADVANCE, LLC, STAR EQUITIES, LLC,
and IGOR "GARY" GELMAN

    Defendants.

_____/

**NOTICE OF HEARING**

Defendants EZ CAPITAL FUND, LLC ("EZ Capital"), STAR CAPITAL MANAGEMENT, LLC ("Star Capital"), UNIFIED ADVANCE, LLC ("Unified Advance"), STAR EQUITIES, LLC ("Star Equities"), Oleg Firer ("Firer"), and Igor "Gary" Gelman ("Gelman") have set for hearing the following matter for a discovery hearing before the Honorable Magistrate Judge Jacqueline Becerra:

    DATE:                   November 20, 2020

    TIME:                    1:00 P.M.

    MATTER TO BE HEARD:   The parties dispute the appropriate scope of three subpoenas seeking bank records attached to Notice of Intent to Serve Subpoenas served by Plaintiff.

**LOCAL RULE 7.1(A)(3) CERTIFICATE**

Counsel for Defendants has conferred with counsel for Plaintiff, by telephone on November 18, 2020, in a good faith effort to resolve the issued raised by this Notice of Hearing and has been unable to do so.

Dated: November 18, 2020                                              Respectfully submitted,

                                                                By:   s/Steven D. Weber
                                                                      Steven D. Weber
                                                                      Fla. Bar. No.: 47543
                                                                      **STARK WEBER PLLC**
                                                                      1221 Brickell Avenue
                                                                      Suite 900
                                                                      Miami, FL 33131
                                                                      Tel: (305) 377-8788
                                                                      steve@starkweber.com

                                                                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of November, 2020, a copy of the foregoing has been served via the Court's CM/ECF portal to:

Sergiu Gherman
Fla. Bar No. 37031
sgherman@ghermanlaw.com
Gherman Legal Pllc
25 SE 2nd Ave. Ste. 808
Miami FL 33131-1603

*Attorney for Plaintiff*
*Linco Enterprises Inc.*

                                                                By:   s/Steven D. Weber