UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:20-cv-22234- MARTINEZ-BECERRA

LINCO ENTERPRISES, INC.

    Plaintiff,

v.

OLEG FIRER, EZ CAPITAL FUND, LLC,
STAR CAPITAL MANAGEMENT, LLC, and
STAR EQUITIES, LLC,

    Defendants.
_____

## PLAINTIFF'S LIST OF WITNESSES

Plaintiff LINCO ENTERPRISES INC pursuant to the Court's Scheduling Order (ECF No. 24) file the following list of witnesses intended to be called to testify at trial:

| Names | Addresses |
|---|---|
| Sergey Khazarov | c/o Plaintiff's counsel<br>Bennett Aiello<br>3471 Main Hwy, Ste 206<br>Coconut Grove, Florida 33133-5929<br>Gherman Legal Pllc<br>777 Brickell Ave Ste 500<br>Miami FL 33131 |
| Leon Goldstein | 17555 Collins Ave #3702<br>Sunny Isles Beach FL 33160-2891 |
| Oleg Khomenko | Willcox Way<br>Westerhall Point<br>St. David, Grenada |
| Roman Khomenko | French Blvd 11A, Apt 4<br>Odessa 27000 Ukraine; |
| Oleg Firer | c/o Defendant's counsel<br>Stark Weber PLLC<br>1221 Brickell Avenue, Suite 900<br>Miami, FL 33131 |
| Igor Gary Gelman | 16001 Collins Ave # 1704, Sunny Isles Beach, FL 33160 |
| Svetlana Gelman | 16001 Collins Ave # 1704, Sunny Isles Beach, FL 33160 |

| Yuriy Minaev | 30 Novomar'inskaya Ulitsa, Apt. 44, Moscow 109369 Russia |
|---|---|
| Yuriy El | 1 Krasnogvardeyskiy Proyezd, 21c2 Apt 2501, Moscow 123317 Russia |
| Vladislav Sokrovischuk | 33 Kotelnicheskaya Naberezhnaya, korp. 1, Apt. 105, Moscow 115172 Russia |
| Vitaliy Medvedev | 41 Gastello Street, Apt. 7, Moscow 107014 Russia |
| Sergey Fomin | 4 Molodezhnaya Street, Apt. 91, Krasnogorsk 143401 Russia |
| Stanislav Pavlenko | Physical address currently unknown |
| Michelle Emmanuel-Steele | Steele's Commercial Complex - Unit 12; Grand Anse, St. George, Grenada |
| William Shore | Physical address currently unknown |
| Arina Mogilevskaya | Physical address currently unknown |

Respectfully submitted,

| | |
|---|---|
| *Co-Counsel for the Plaintiff/Counter-Defendant* | *Co-Counsel for the Plaintiff/Counter-Defendant* |
| GHERMAN LEGAL | BENNETT & AIELLO |
| | *Temporary Address for Mail* |
| 777 Brickell Ave Ste 500 | 3471 Main Highway, Suite 206 |
| Miami, Florida 33131-2803 | Coconut Grove, Florida 33133-5929 |
| Phone: (305) 889-7890 | Phone: (305) 358-9011 |
| sgherman@ghermanlaw.com | paiello@bennettaiello.com |
| By: */s Sergiu Gherman* | By: */s Paul Aiello* |
| Sergiu Gherman, FBN 37031 | Paul Aiello, FBN 909033 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2021 the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**Via e-mail to:**
Steven D. Weber
Fla. Bar. No.: 47543
steve@starkweber.com

STARK WEBER PLLC
1221 Brickell Avenue

Suite 900
Miami, FL 33131
Tel: (305) 377-8788
*Attorney for Defendants*

    Respectfully submitted,        By:   */s/ Sergiu Gherman*
                                                                   Sergiu Gherman
                                                                   FBN: 037031