**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

**CASE NO. 1:20-cv-22234-MARTINEZ-BECERRA**

LINCO ENTERPRISES, INC.

    Plaintiff,

v.

OLEG FIRER, EZ CAPITAL FUND, LLC,
STAR CAPITAL MANAGEMENT, LLC, and
STAR EQUITIES, LLC,
    Defendants.
_____/

**NOTICE OF HEARING**

Defendants have set for hearing the following matter for a discovery hearing before the Honorable Magistrate Judge Jacqueline Becerra:

    DATE:                May 18, 2021

    TIME:                9:00 A.M.

    DIAL-IN:           +1-866-390-1828; Access Code: 2046890

    MATTER TO BE HEARD:   Defendants contest Plaintiff's responses to Requests No. 4-9, 10-12 and Plaintiff's objections, and lack of privilege log, with respect to Requests No. 13-15, 25-26, 28-29, 33-35 of Defendants' Third Request for Production of Documents to Plaintiff.

**LOCAL RULE 7.1(A)(3) CERTIFICATE**

Counsel for Defendants has conferred with counsel for Plaintiff Sergiu Gherman, by telephone on May 7, 2021, in a good faith effort to resolve the issues raised by this Notice of Hearing and has been unable to do so.

Dated: May 14, 2021                                                    Respectfully submitted,

1

          By:    s/Steven D. Weber
          Steven D. Weber
          Fla. Bar. No.: 47543
          **STARK WEBER PLLC**
          1221 Brickell Avenue
          Suite 900
          Miami, FL 33131
          Tel: (305) 377-8788
          steve@starkweber.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2021, a copy of the foregoing has been served via the Court's CM/ECF portal to:

Sergiu Gherman
Fla. Bar No. 37031
sgherman@ghermanlaw.com
Gherman Legal Pllc
25 SE 2nd Ave. Ste. 808
Miami FL 33131-1603

BENNETT & AIELLO
Temporary Address for Mail
3471 Main Highway, Suite 206
Coconut Grove, Florida 33133-5929
Phone: (305) 358-9011
paiello@bennettaiello.com

*Attorney for Plaintiff*
*Linco Enterprises Inc.*

          By:    s/Steven D. Weber