UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  20-22234-CIV-MARTINEZ-BECERRA

LINCO ENTERPRISES, INC.,

    Plaintiff,

vs.

OLEG FIRER, EZ CAPITAL FUND, LLC,
STAR CAPITAL MANAGEMENT, LLC, and
STAR EQUITIES, LLC,

    Defendants.
_____/

OLEG FIRER, EZ CAPITAL FUND, LLC,
STAR CAPITAL MANAGEMENT, LLC, and
STAR EQUITIES, LLC,

    Counter-Plaintiffs,

vs.

LINCO ENTERPRISES, INC.,

    Counter-Defendant.
_____/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **JACQUELINE BECERRA** to take all necessary and proper action as required by law with respect to:

    **All matters relating to Plaintiff's Motion for Order that Strikes Certain Affirmative**

**Defenses or Deems Them to be Denials, [ECF No. 62].**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 20-22234-CIV-MARTINEZ-BECERRA).

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record