SERGEY KHAZAROV                                    June 16, 2021
LINCO ENTERPRISES vs OLEG FIRER                          12

1     Q.   So in response to my questions, please respond
2   verbally and don't shake your head or nod your head.
3   Okay?
4     A.   Fine.
5     Q.   If you need to take a break at any time,
6   please let me know, but if I have a question pending,
7   please wait until you answer the question to take a
8   break.  Okay?
9     A.   Fine.
10    Q.   The court reporter can only take down what one
11  person says at a time.  So even though you think you
12  might know what I'm going to say, please wait until I'm
13  finished speaking before you respond.
14    A.   Understood.
15    Q.   What is your current relationship to Linco
16  Enterprises, Inc., the Plaintiff in this case?
17    A.   I'm the only shareholder and the only
18  employee.
19    Q.   I'm going to refer to Linco Enterprises, Inc.,
20  the Plaintiff in this case today, as Linco.  Okay?
21    A.   Fine.
22    Q.   For how long have you been the owner and
23  shareholder and only employee of Linco?
24    A.   February 2011 -- February 2017.
25    Q.   Since February 2017, you have been the only



 1   owner, shareholder and employee of Linco, correct?

 2        A.   Yeah, that's correct.

 3        Q.   Does -- did Linco ever have a shareholder's

 4   agreement?

 5        A.   I don't know.

 6        Q.   Is there some document that has ever set forth

 7   the organization of how Linco operates as an entity?

 8        A.   No, no such document.

 9        Q.   What were Linco's assets in 2017?

10        A.   And what's the time frame?  Can you specify,

11   please?

12        Q.   Between January 1, 2017 and December 31, 2017,

13   what assets did Linco hold, if any?

14        A.   None.

15        Q.   What assets, if any, did Linco hold at any

16   time between January 1, 2018 to December 31, 2018?

17        A.   None.

18        Q.   What assets, if any, did Linco hold for the

19   time period, at any point, during January 1, 2019 to

20   December 31, 2019?

21        A.   None.

22        Q.   To your knowledge, had anyone else controlled

23   Linco or acted on behalf of Linco other than yourself,

24   Sergey Khazarov?

25        A.   Nobody control.



1   than Linco?

2        A.   I can't really specify which jurisdiction.

3        Q.   Have you been the officer of any company other

4   than Linco anywhere in the world?

5        A.   Yes.

6        Q.   For what company have you been an officer

7   other than Linco?

8        A.   There's a Russian company, Masterskaya 42.

9        Q.   Say that name again.

10       A.   Masterskaya 42.

11            COURT REPORTER:  But he know the spelling for

12   the record, please?

13       Q.   Yes, can you --

14       A.   M as in Mary-A-S as in Sam-T as in

15   Tom-E like Edward-R like Robert-S like in Sam-K-A-Y-A

16   42.

17            COURT REPORTER:  Thank you.

18            THE INTERPRETER:  You're welcome.

19   BY MR. WEBER:

20       Q.   From when to when were you an officer of

21   Masterskaya 42?

22       A.   Since February 2015 until now.

23       Q.   Have you been the officer of any other

24   companies aside from Masterskaya 42 and Linco?

25       A.   Yes.



 1        Q.    Which company?

 2        A.    Vice Entertainment.

 3        Q.    From when to when were you an officer of Vice

 4   Entertainment?

 5        A.    Since February 2020.

 6        Q.    Have you been the officer of any companies

 7   other than Linco, Masterskaya 42 and Vice Entertainment?

 8        A.    Yes.  Yes.

 9        Q.    Which companies have you been an officer of

10   other than Linco, Masterskaya 42 and Vice Entertainment?

11        A.    Zvezda LLC.

12        Q.    Can you spell that?

13        A.    Z like in Zebra-V in Victor-E like Edward-and

14   Z like Zebra-D like dog-A like Alpha.

15        Q.    From when to when were you a member of Zvezda,

16   LLC, an officer?

17        A.    Since December 2016 until May 2018.

18        Q.    Have you been the officer of any company other

19   than Masterskaya 42, Vice Entertainment, Linco and

20   Zvezda?

21        A.    No.

22        Q.    What was -- what is the business of

23   Masterskaya 42?

24        A.    It's a beauty salon.

25        Q.    Okay.  Where is the beauty salon located?



1  investments?

2       A.    No.

3       Q.    Have you ever held any investments?

4       A.    What do you mean by investments?  Passive or

5  active investments?

6       Q.    Have you ever held any active or passive

7  investments?

8       A.    I didn't understand the question initially.

9  Yes, I did invest actively and passively.

10      Q.    When did you act- -- where did you actively

11 invest?

12      A.    Masterskaya 42, Zvezda and Vice Entertainment.

13      Q.    What do you mean by "active investment"?

14      A.    I understand active is an active investing as

15 investing funds and putting labor or work into this

16 project.

17      Q.    Did you have any active investments ever other

18 than Masterskaya 42, Zvezda and Vice Entertainment?

19      A.    No.

20      Q.    What passive investments have you been a part

21 of?

22      A.    EZ Capital, Unified Advance and Star Capital

23 Management.

24      Q.    What do you consider to be a passive

25 investment?



1    A.   I understand as investing just money, the funds,

2 and you do not invest any intellectual knowledge into

3 the project.

4         MR. GHERMAN:  I object to some incomplete

5 interpretation.  He said --

6         MR. WEBER:  Sergiu, you cannot make a speaking

7 objection.

8 BY MR. WEBER:

9    Q.   What is your -- what funds or labor and work

10 did you invest into Masterskaya 42?

11   A.   I started this business from scratch and I

12 invested $150,000 into it.

13   Q.   Did you invest anything else into Masterskaya

14 42?

15   A.   No.  No.

16   Q.   What funds, labor, or work did you invest into

17 Zvezda?

18   A.   One hundred fifty thousand dollars and

19 managing the company.

20        MR. AIELLO:  I didn't hear the entire

21 translation.  Will somebody repeat it?

22        THE INTERPRETER:  One hundred fifty thousand

23 dollars and managing the company.

24        MR. AIELLO:  Thank you.

25        THE INTERPRETER:  You're welcome.



SERGEY KHAZAROV                                    June 16, 2021
LINCO ENTERPRISES vs OLEG FIRER                            23

 1 | BY MR. WEBER:

 2 |    Q.   What funds, labor, or work did you invest into

 3 | Vice Entertainment?

 4 |    A.   I started this company from scratch, and I

 5 | invested in this company $200,000.

 6 |         MR. AIELLO:  Mr. Translator, I heard the

 7 | $200,000, I didn't hear the beginning of what you said.

 8 | I could not --

 9 |         THE INTERPRETER:  I started --

10 |         MR. AIELLO:  -- understand you.

11 |         THE INTERPRETER:  I started this company from

12 | scratch, and I invested $200,000 into it.

13 |         MR. AIELLO:  Thank you.

14 |         THE INTERPRETER:  You're welcome.

15 | BY MR. WEBER:

16 |    Q.   For Masterskaya 42, did you invest any funds

17 | other than the $150,000?

18 |    A.   No.  No.

19 |    Q.   For Zvezda, did you invest any funds other

20 | than the $150,000?

21 |    A.   No.

22 |    Q.   For Vice Entertainment, did you invest any

23 | funds other than the $200,000?

24 |    A.   No.

25 |    Q.   For Zvezda you said that you were managing the



 1      A.   Yes, it is very important event.

 2      Q.   Are you -- go ahead.

 3      A.   And I wanted to have everything in Russian

 4   today.

 5      Q.   But you're fluent in English as well, correct?

 6           MR. AIELLO:  Object to the form.

 7      A.   No, not fluently.

 8      Q.   Can you understand English when it's spoken to

 9   you?

10           MR. AIELLO:  Objecting to the form.

11      A.   Sometimes yes, sometimes no.

12      Q.   Have you ever heard the name Gary Gelman?

13      A.   Yes, I did.

14      Q.   When did you first meet Igor (phonetic) Gary

15   Gelman?

16      A.   November 2016.

17      Q.   Where did you first meet Igor Gary Gelman?

18      A.   At Charles de Gaulle Airport in Paris, France

19   airport.

20      Q.   Where in Charles de Gaulle Airport did you

21   first meet Gary Gelman?

22      A.   Where the attending planes come one going to

23   another.

24      Q.   And how did you first meet Igor Gary Gelman

25   when you were changing planes from one plane to another?

1  that day in December 2016 at the apartment?

2          THE INTERPRETER:  You're asking how it was

3  explained?

4      Q.   What did you discuss VG Financing in that day

5  in December 2016 with Gelman and Firer?

6          THE INTERPRETER:  Okay.

7      A.   Gelman told me this is a very unique financial

8  product that he and Oleg brought from the U.S.A. to

9  Russia.

10     Q.   Did Gelman say anything else during the time

11 you were in the apartment?

12     A.   I don't remember.

13     Q.   What, if anything, did Oleg Firer say while

14 you were in the apartment that they were renting

15 following restaurant Valenok?

16     A.   I don't remember.

17     Q.   Did you go anywhere with Gary Gelman and Oleg

18 Firer after the apartment they were renting on that day

19 in December 2016?

20     A.   Yes, we went to another cafe.  It was called

21 Bamboo Bar.  It's located very close to their apartment.

22     Q.   Did you go anywhere that day after cafe Bamboo

23 Bar?

24     A.   No, I went home.

25     Q.   Did you have any discussions with Gary Gelman



```
 1              THE INTERPRETER:  Oh, okay.
 2        Q.    -- March 2017, Brighton Beach, when Gelman and
 3   Firer made an offer to you regarding investing?
 4        A.    No, I don't remember but I know that this a
 5   favorite cafe of Oleg when he lived in Brighton Beach.
 6        Q.    What was the offer regarding investing that
 7   Gelman and Firer made to you on that day in Brighton
 8   Beach in March 2017?
 9        A.    EZ Capital, Unified Advance.  They offered me
10   to invest in the company called EZ Capital and Unified
11   Advance.
12        Q.    And what did Gelman say to you regarding the
13   offer to invest in EZ Capital and Unified Advance on
14   that day in March 2017?
15        A.    He said that EZ Capital is valued at six
16   million dollars, and that they've invested millions of
17   dollars in the company, and that I could buy the -- five
18   percent of shares for three hundred thousand dollars.
19              And regarding Unified Advance, they said this
20   company is valued at two million dollars, and they
21   suggested that -- they offer me to buy ten percent of
22   shares for three hundred thousand dollars.
23              And Firer said that if I'm interested, I need
24   to talk to Gelman about that.
25        Q.    Did Gelman say anything else during this
```



1   Sunny Isles?

2       A.   I cannot tell you a specific date, but it was

3   either twice or three times.

4       Q.   And what did you talk about with -- well, what

5   did Firer say to you, if anything, when you saw him in

6   person twice or three times during this one week or week

7   and a half in March 2017 in Miami?

8       A.   We met at the -- Firer's office to sign the

9   documents for the purchase of the shares.

10      Q.   What shares?

11      A.   I'm sorry, maybe I didn't -- I misspoke.  I'm

12  talking about the member's interest.

13      Q.   What membership interest are you referring to?

14      A.   EZ Capital and Unified Advance.

15      Q.   Was anybody else present in Firer's office

16  when you signed the documents for the membership

17  interest in EZ Capital and Unified Advance?

18      A.   In his office, there was no one there.  Firer

19  prepared and printed the documents.

20      Q.   There was only you and Firer that were present

21  when Firer printed out the documents for you to sign for

22  the membership interest in EZ Capital and Unified

23  Advance?

24      A.   Gelman was there.

25      Q.   And what was said, if anything, by Firer while



1      A.   You talking about U.S.A.?  You talking about
2   Russia?  You talking about France?
3      Q.   Well, you know, EZ Capital Fund, LLC, the
4   Defendant, in this case, right?
5      A.   Yes.
6      Q.   When I say EZ Capital Fund, LLC, I mean, EZ
7   Capital, the Defendant in this case.  Okay?
8      A.   Understood.
9      Q.   What is the business of EZ Capital, the
10  Defendant in this case, to your understanding?
11          MR. AIELLO:  Objection to form.
12     A.   EZ Capital is not a business in U.S.A., it's a
13  business that is in Russia and it's being run by VG.
14          MR. GHERMAN:  Objection --
15          MR. AIELLO:  By who?
16          MR. GHERMAN:  -- to interpretation.
17          THE INTERPRETER:  By VG.  Something VG.
18          THE WITNESS:  VGF.  EZ Capital is the owner of
19  VGF and it worked in Russia.
20  BY MR. WEBER:
21     Q.   And what business is VGF in?
22     A.   It was a cash advance business in Russia.
23     Q.   Is Linco a member of EZ Capital?
24     A.   Yes.
25     Q.   Are you, Sergey Khazarov, a member of EZ



1   marked as Linco 2 prior to today?

2       A.   Yes, I did.

3       Q.   This document that's marked as Linco 2 is an

4   operating agreement for EX Capital, correct?

5       A.   I don't know.

6       Q.   What is your understanding of this document

7   that's been marked as Linco 2?

8       A.   I'm not -- I don't know, I'm not a lawyer.

9       Q.   I'm going to scroll down the document.  Do you

10  see on Page 35 of 39 a signature for Sergey Khazarov,

11  duly authorized representative of Linco Enterprises,

12  Inc.?

13      A.   Yes, I see it.

14      Q.   And this is your signature, correct?

15      A.   Yes.

16      Q.   When is the first time you saw this document

17  marked as Linco 2 in which you signed?

18      A.   March 2017.

19      Q.   And this is the document that you said that

20  you signed in the office of Oleg Firer in March 2017?

21      A.   Yes.

22      Q.   Did you review the document marked as Linco 2

23  prior to signing it?

24      A.   No, I did not.

25      Q.   I'm going to scroll down to Page 37 of 39 of



1    A.   You talking about EZ Capital accounts, are you

2   talking about which is on paper, or they are factual?

3    Q.   What do you understand the initial capital

4   account to refer to on this document, Linco 2, on Page

5   37 of 39?

6         MR. AIELLO:  Objection to form.

7    A.   Amount of cash invested into where -- to Wells

8   Fargo.

9         MR. GHERMAN:  Objection to the interpretation.

10   Every word, please, Mr. Interpreter.

11   Q.   What did you -- what do you understand the

12   word "capital contribution" to mean as set forth on Page

13   37 of 39 of Linco 2?

14   A.   The amount of money in the -- contributed in

15   the form of cash.

16   Q.   How much money has Gary Gelman contributed in

17   the form of cash to EZ Capital since EZ Capital was

18   formed?

19   A.   I don't know.

20   Q.   How much money has Star Equities contributed

21   in the form of cash since EZ Capital was formed?

22   A.   I don't know.  I don't know.  I think they do

23   not put in anything.

24   Q.   Why -- you don't -- but you don't know whether

25   they didn't put into anything, correct?



1           MR. AIELLO:  Objection to form.

2      Q.   You can answer.

3      A.   Most likely he did not put anything into it.

4      Q.   Say that again.

5           THE INTERPRETER:  Most likely they never put

6   anything into it.

7      Q.   How do you know that most likely they did not

8   put anything into EZ Capital?

9      A.   Because first of all I was asking them to come

10  up with confirming document.  They did not do that, and

11  when the production time came about, they could not

12  provide any production of documents taken up in the

13  production.

14     Q.   Is there any other reason why Linco believes

15  that most likely they did not contribute anything to EZ

16  Capital?

17     A.   Please repeat the question.

18     Q.   Is there any other reason that Linco believes

19  that they did not contribute anything to EZ Capital?

20          THE INTERPRETER:  I'm asking to repeat.

21     A.   There's no reason why they could not up to

22  state the contribution of a million five each because

23  they don't even provide the backup documents for the

24  production, production with the documents.

25     Q.   Is there any other reason that you believe



 1  did Linco --

 2      Q.   When did Linco ask for documents showing the

 3  capital -- initial capital account of Star Equities

 4  prior to Linco becoming a member of EZ Capital?

 5      A.   We don't ask for any.

 6      Q.   At any point in time, prior to this lawsuit,

 7  did Linco ever ask for documents that show the capital

 8  contributions of Gelman to EZ Capital?

 9      A.   They didn't ask -- they didn't request.

10      Q.   How was the initial capital account of Gelman

11  calculated for EZ Capital when Linco signed this

12  document, Linco 2, in March 2017?

13      A.   He said that he and Firer could invest these

14  amounts in cash.

15      Q.   Who said that?

16      A.   Gelman.  Gelman and Firer confirmed.

17      Q.   When did Gelman say that, and Firer confirmed?

18      A.   In March 2017.

19      Q.   When in Mar- -- where in -- where were you in

20  March 2017 when Gelman said that Gelman and Star

21  Equities each put in one and a half million dollars in

22  cash and Firer confirmed?

23           MR. AIELLO:  Objection to form.

24      A.   In Miami.

25      Q.   Where in Miami?



1       A.   In Firer's office.

2       Q.   I'm going to show you a document that I'm

3  going to mark as Linco 3.

4            (Thereupon, Exhibit Linco 3 was marked for

5  identification.)

6  BY MR. WEBER:

7       Q.   I'm showing you a document that I'm marking as

8  Linco 3.  Have you seen this document prior to today

9  that I'm marking as Linco 3?

10      A.   Yes, I can see.  Yes.

11      Q.   Is this the signature of Sergey -- of you,

12  Sergey Khazarov on Page 3 of 3 of Linco 3?

13      A.   Yes.

14      Q.   And did you sign this document in July 2017?

15      A.   Yes.

16      Q.   Where were you when you received this document

17  marked as Linco 3?

18      A.   In Moscow in the apartment rented by Firer and

19  Gelman.

20      Q.   Was anybody with you in the apartment of Firer

21  and Gelman when you received this document, Linco 3?

22      A.   Yes, Svetlana Gelman and that's it.  And some

23  kids were running around.

24            MR. AIELLO:  And who was running around?  I

25  didn't hear.



1              THE INTERPRETER:  Some kids.  Children.  Kids.

2    BY MR. WEBER:

3        Q.   Did you review this document, Linco 3, before

4    you signed it?

5        A.   No.

6        Q.   I'm going to show you Page 2 of 3 of Linco 3.

7    What, if any, documents did you request as of July 18,

8    2017 when you signed this document to verify that the

9    capital contribution of Gary Gelman was one and a half

10   million dollars in EZ Capital?

11       A.   I did not verify that.

12       Q.   What, if any, documents did you request that

13   show initial capital account of Gary Gelman was one and

14   a half million dollars in EZ Capital fund as of July 18,

15   2017 when you signed Linco 3?

16       A.   I did not ask for any documents.

17       Q.   What, if any, documents did you review to

18   verify that the capital contribution, initial capital

19   account of Star Equities was one and a half million as

20   of July 18, 2017 when you signed this document, Linco 3?

21             MR. AIELLO:  Objection to form.

22       A.   No document.

23       Q.   What, if anything, did you do before signing

24   this document, Linco 3, to verify the amount of capital

25   contribution, initial capital account of Gary Gelman and



1    Star Equities in EZ Capital?

2          MR. AIELLO:  Objection to form.

3     A.   I was guided by whatever was on paper in the

4    document because I was trusting their word.

5     Q.   And what word were you trusting?

6          THE INTERPRETER:  What word you trusting,

7    you're asking?  What word are you trusting?

8     Q.   What word were you trusting?

9     A.   I trusted that they put into a million and a

10   half each.

11    Q.   And when were you told that Gelman and Star

12   Equities put in a million and a half each before you

13   signed this document, Linco 3?

14         MR. AIELLO:  Asked and answered.

15    A.   In March 2017.

16    Q.   Is there anything on this document, Page 2 of

17   3 of Linco 3, that is not accurate?

18    A.   Yes, line number one, Star Equities did not

19   invest in -- did not put into a million and a half.  And

20   also that investor is not listed here as the Paulstan

21   Group or Roman Khomenko.  And also Svetlana Gelman is

22   not listed there either.

23    Q.   Anything else?

24    A.   No, that's it.

25    Q.   How do you know that Star Equities and Gelman



1          MR. WEBER:  He's not finished.  He just said he's

2     not finished.  Go ahead, Sergey.

3          THE WITNESS:  Svetlana Gelman should be also

4     listed here because the tax return of the company is

5     also part of Gary Gelman.

6     BY MR. WEBER:

7       Q.   How many Class A Units of EZ Capital did

8     Svetlana Gelman own of EZ Capital?

9       A.   I don't know.

10      Q.   How many Class A Units of EZ Capital were

11    issued to Roman Khomenko or Paulstan Group?

12      A.   I don't know.  I don't know.  I don't

13    remember.

14      Q.   How many Class B Units were issued to Roman

15    Khomenko, Paulstan Group, or Svetlana Gelman?

16      A.   I don't know.

17      Q.   What is the difference between a Class A Unit

18    in EZ Capital and a Class B Unit in EZ Capital?

19          THE INTERPRETER:  I'm asking him to break it

20    in two parts if it's a long answer.

21      A.   I don't know.

22      Q.   Has EZ Capital ever had any assets other than

23    VGF?

24      A.   No.

25      Q.   Was income from VGF the sole source of income



1  to EZ Capital?

2      A.   It must've been the only income.

3           COURT REPORTER:  I'm sorry, what was that?

4      A.   Yes, it must have been the only income.  Yes,

5  it must have been the only income.

6      Q.   Did you, Sergey Khazarov, hold any positions

7  with VGF?

8      A.   Where I do now or whether I did in the past?

9      Q.   Have you, Sergey Khazarov, ever held any

10 positions with VGF?

11     A.   Yes, I was general director of VGF with 45

12 percent of shares.  I had 45 percent of the amount.

13          MR. GHERMAN:  Object to the interpretation.

14     Q.   When --

15     A.   The 45 percent pertains to the labor on the

16 initial effort put into it.

17     Q.   From when to when were you director of VGF?

18     A.   From February 2018 to December 2019.

19     Q.   Was there any class of units in EZ Capital

20 other than Class A and Class B?

21     A.   I don't know.

22     Q.   What were your responsibilities as director of

23 VGF?

24     A.   None.  I do not -- I was not in charge of the

25 decision-making or information.  This was just the



1   correct?

2          MR. AIELLO:  Objection to form.

3      A.   Amounts received not by VGF, but by VGF's

4   clients.

5      Q.   Amounts paid to clients of VGF, correct?

6          MR. AIELLO:  Objection to form.

7      A.   No, the amount of money that was issued.  Not

8   paid but issued.

9      Q.   What do you mean by amount of money issued to

10   clients of VGF?

11      A.   This is the amount or numbers of issued micro

12   rentals -- micro loans.  Micro loans.

13      Q.   Did -- what was the 600,000 that was wired for

14   Linco's capital contribution to EZ Capital used for?

15      A.   I don't know where and how EZ Capital

16   forfeited or misused the money.

17          MR. GHERMAN:  Objection to the interpretation.

18          THE INTERPRETER:  Or spent the money.  Spent.

19          MR. AIELLO:  And I have an objection or a

20   request.  If the translator is asking a question of the

21   witness in the middle of his answer, I don't agree to

22   his doing that.  You should simply translate the answer

23   word for word.

24          THE INTERPRETER:  Yeah, if I can hear it.  If

25   I don't -- if I have doubts about what I hear, what to



 1   do then?

 2          MR. AIELLO:  Ask him to speak up, please.

 3          THE INTERPRETER:  Okay.

 4          MR. AIELLO:  Don't ask another question.

 5          THE INTERPRETER:  This is the mechanics, you

 6   know, so -- anything goes, I guess.

 7          THE WITNESS:  Are you asking a question?

 8          MR. WEBER:  Hold on.

 9   BY MR. WEBER:

10      Q.   What is the current value of Linco's

11   membership interest in EZ Capital?

12      A.   It's not valued at all.

13      Q.   How do you know that Linco's interest in EZ

14   Capital is currently not valued at all?

15      A.   Because there is no market for this membership

16   interest.

17      Q.   Is there any other reason why you believe that

18   Linco's interest in EZ Capital has no value?

19      A.   Because this money was paid for business but

20   who knows for what.

21      Q.   Is there any other reason why you believe that

22   Linco's interest in EZ Capital has no value?

23      A.   No.  If I recall, I'll let you know.

24      Q.   What is the bus- -- what was the business of

25   Unified Advance?



1        A.   Unified Advance was issuing credit cards -- was

2   issuing cards that were under Unified payments.

3        Q.   Was Linco a member of Unified Advance?

4        A.   Yes, it was.

5        Q.   When did Linco become a member of Unified

6   Advance?

7        A.   March 2017.

8        Q.   Was Sergey Khazarov ever a member of Unified

9   Advance?

10       A.   No, never.

11       Q.   Who initially formed Unified Advance?

12       A.   I don't know.

13       Q.   Between the formation Unified Advance and when

14   Linco became a member in March 2017, what labor in

15   capital was invested in furtherance of Unified Advance?

16            MR. GHERMAN:   I object to the interpretation.

17       A.   Nothing was given to the Unified Advance.  No

18   labor, no cash.  I also add something.  I forgot to

19   mention that Oleg Khomenko and Paulsten Group also put

20   in their money in the amount of $300,000.  Roman

21   Khomenko.

22       Q.   Roman Khomenko put in $300,000 in Unified

23   Advance?

24       A.   I don't remember the amount, but I know that

25   Roman Khomenko and Paulstan Group (inaudible) Unified



1      A.   Because Exhibit A shows the wrong figures.

2      Q.   What do you mean that Exhibit A shows wrong

3   figures?

4      A.   It says that Star -- that Gelman and Star

5   Equities contributed $500 each -- 500,000 each.

6      Q.   And why is that wrong?

7      A.   Because I have a document that says that they

8   contributed $750,000.  That's why this document is not

9   true.

10     Q.   Okay.  Other than the amounts on Exhibit A, is

11  there anything else that's incorrect about this document

12  that's been marked as Linco 8?

13          MR. AIELLO:  Objection to the form.

14     A.   Yes, I know that I did not sign some document

15  that would contain such an exhibit.

16     Q.   Did you sign any document to obtain a

17  membership interest -- did Linco sign any document to

18  obtain a membership interest in Unified Advance?

19     A.   Yes, it did.

20     Q.   Which document did Linco sign to obtain a

21  membership interest in Unified Advance?

22     A.   Operating agreement.  Exhibit A was totally

23  different.  Therefore, this is a lie.  It's not true.

24     Q.   The Exhibit A attached to Linco 8 is not true?

25          MR. AIELLO:  Objection to form; asked and



1  on Page 3 of 6 attached to a larger document?

2      A.   No.  Over there (inaudible) correct.

3      Q.   Where did you obtain this document on Page 3

4  of 6 that's within Linco 7?

5      A.   In March of 2017 when they signed the

6  agreement.

7      Q.   So did you -- you didn't -- what document did

8  you sign to obtain the interest in Unified Advance if it

9  wasn't what we're looking at on Linco 8?

10     A.   I signed the agreement that he gave me in

11  March 2017.  What you're showing me on Linco 8, one of

12  the page is incorrect, so I have my doubts regarding

13  Linco 8 document.

14     Q.   Okay.  But your understanding is that Page 3

15  of 6 on Linco, that is the correct Exhibit A to the

16  Linco operating agreement -- I mean, the Unified Advance

17  Operating Agreement that you signed, correct?

18     A.   Yes, that's what I signed, and I have a copy

19  of it.  Even original, not a copy.

20     Q.   Where do you have the original of the

21  operating agreement you signed for Unified Advance?

22     A.   In Moscow in the office.

23     Q.   Where in the office?

24     A.   City of Moscow Tipkin (phonetic) Street 27.

25     Q.   On a computer or in a folder?



1   Linco signing this Exhibit A that is on Page 3 of 6 of

2   Linco 7?

3        A.   No research or investigations were performed.

4        Q.   How, if at all, did Linco verify that Gelman's

5   capital contribution and initial capital account was

6   $750,000 prior to Linco becoming a member of Unified

7   Advance?

8        A.   I believed his word.

9        Q.   Whose word?

10        A.   Gelman's word.

11        Q.   Aside from believing in Gelman's word, did

12   Linco do anything to verify that Gelman had $750,000 in

13   capital contribution and initial capital account prior

14   to Linco becoming a member of Unified Advance?

15        A.   No, no verification other than just trusting

16   his word.

17        Q.   Prior to Linco becoming a member of Unified

18   Advance, did Linco do anything to verify that the

19   capital contribution and initial capital account of Star

20   Equities in Unified Advance was $750,000?

21        A.   No, not at all.  I only trusted the word.

22        Q.   What word?

23        A.   Firer.

24        Q.   What word did Firer give you about the capital

25   contribution and initial capital account of Star



 1  Equities, LLC in Unified Advance prior to Linco becoming

 2  a member in Unified Advance?

 3          THE INTERPRETER:  Just a second, what does

 4  Firer give you?  What --

 5          MR. WEBER:  Yes.

 6          THE WITNESS:  Same thing as Gelman.  They said

 7  that they did contribute that money in cash.

 8  BY MR. WEBER:

 9     Q.  What was the $300,000 that Linco contributed

10  to Unified Advance used for?

11          THE INTERPRETER:  What it was used for, you're

12  asking?  What is it used for?

13          MR. WEBER:  Yes.

14  BY MR. WEBER:

15     Q.  Yeah.  What was the $300,000 that Linco

16  contributed to Unified Advance used for?

17     A.  I don't know.

18     Q.  How do you know that neither Star Equities or

19  Gelman has suffered a loss due to their interest in

20  Unified Advance?

21          MR. AIELLO:  Objection to form.

22     A.  What kind of losses are we talking about if

23  they did not put any money into it?

24     Q.  Have Gelman or Star Equities suffered any loss

25  as a result of their interest in Unified Advance?



```
 1            MR. WEBER:  Linco 9.

 2            MR. AIELLO:  Okay.  Hold on.  Linco -- the

 3   document you just sent me, Steven, is a settlement

 4   agreement and release.  Is that what you meant to send

 5   me?

 6            MR. WEBER:  Yes, that is the document we're

 7   looking at.  Look at your screen.

 8            MR. AIELLO:  Okay.

 9   BY MR. WEBER:

10       Q.   Okay.  Sergey, what is Linco 9?

11       A.   It's a -- this is agreement of release.

12       Q.   What is --

13            MR. KHAZAROV:  I'm sorry, I need to open the

14   door.

15            MR. WEBER:  Okay.

16            MR. KHAZAROV:  One minute, please.  Yes, I'm

17   back.

18   BY MR. WEBER:

19       Q.   What is your understanding of what the -- what

20   is the purpose of Linco 9?

21       A.   You're asking what I think about it now?

22       Q.   Yes.  What is your understanding of the

23   purpose of Linco 9?

24       A.   To release Gary Gelman and Unified Advance

25   from their responsibility.
```



1    Q.   When did you first see this document, Linco 9?

2    A.   4th of June, 2019.

3    Q.   And you -- and Sergey Khazarov signed this

4    document on behalf of Linco, correct?

5    A.   That is correct.

6    Q.   Where were you, Sergey Khazarov, when you

7    signed this document, Linco 9, on behalf of Linco?

8    A.   In Moscow at Badaevskiy Bakery.

9    Q.   At where?

10   A.   Badaevskiy Bakery.  Badaevskiy.

11   Q.   How do you spell that?

12   A.   B as in boy-A-D as in dog-A-E-V like Victor-S-

13   K-I-Y or S-K-Y-I.

14   Q.   What is Badaevskiy in Moscow?

15   A.   It's a place with many restaurants.

16   Q.   It's a restaurant, you said?

17   A.   No, it's a place with many restaurants.

18        THE INTERPRETER:  I'm sorry, maybe I did not

19   interpret correctly.  He said (Russian word) bakery and

20   now I'm not sure if he said (Russian word) something

21   else other than (Russian word).

22        THE WITNESS:  It is to correct.  It used to be

23   a former bakery and now it is a place where they have

24   lots of restaurants.  A former bakery there's like a

25   location of many restaurants.



 1  Gary Gelman wired me money from his account.  I

 2  never discussed it with Oleg Firer.

 3      Q.   Is it Linco's contention in this lawsuit,

 4  that Linco is still a member of Unified Advance,

 5  even after signing the settlement agreement and

 6  release?

 7      A.   No, it does not.

 8      Q.   From where did Linco obtain the $600,000

 9  that it contributed to EZ Capital?

10      A.   The inheritance.

11      Q.   Inheritance from who to who?

12      A.   From my deceased father to me.

13      Q.   To be clear, inheritance from you, Sergey

14  Khazarov's father to you, Sergey Khazarov,

15  individually, correct?

16      A.   Yes, this is correct.

17      Q.   From where did Linco obtain the $300,000

18  that Unified Advance contributed?

19           From where did Linco obtain the

20  $300,000 that Linco contributed to Unified Advance?

21      A.   The same inheritance.

22      Q.   To be clear, Linco obtain the $300,000

23  that Linco contributed to Unified Advance from an

24  inheritance that Sergey Khazarov, individually

25  received from Sergey Khazarov's father, correct?



1       A.   Yes.

2       Q.   Does Linco have or ever had any bank

3    account in Linco's name?

4       A.   Yes, it has.  Yes.

5       Q.   I'm going to show you a document that I'm

6    going to mark as Linco 10.

7            (Whereupon, Linco Exhibit 10 was marked

8       for identification.)

9            MR. WEBER:  Paul and Seigiu, I have

10      uploaded it to the Dropbox for you.

11           MR. AIELLO:  Thank you.

12   BY MR. WEBER:

13      Q.   Mr. Khazarov, I've marked this document

14   as Linco 10.  Have you seen this document?

15      A.   Yes, I see it.

16      Q.   What is this document that I have marked

17   as Linco 10?

18      A.   It's a payment order by Sergey Khazarov

19   to EZ Capital.

20      Q.   This payment order from Sergey Khazarov

21   to EZ Capital is for the initial $300,000

22   contribution by Linco to EZ Capital, correct?

23      A.   Yes, that is correct.

24      Q.   This $300,000 contribution identified in

25   Linco 10, came from a bank account from Sergey



 1   Khazarov individually, correct?

 2        A.   Yes, that is correct.

 3        Q.   I'm going to show you a document that I

 4   am going to mark as Linco 11.

 5             (Whereupon, Linco Exhibit 11 was marked

 6        for identification.)

 7             MR. WEBER:  It should be uploaded to the

 8        Dropbox for Paul and Seigiu.

 9   BY MR. WEBER:

10        Q.   Mr. Khazarov, I'm showing you a document

11   that's marked as Exhibit 11.  Can you see this

12   document?

13        A.   Yes, I can see it.

14        Q.   What is this document marked as Linco 11?

15        A.   There's the second batch of $300,000

16   wired by Sergey Khazarov to Star Equities for

17   Sergey Khazarov or, rather, Linco's share in the

18   EZ Capital.

19        Q.   And Exhibit 11 shows that the second

20   $300,000 contribution from Linco to EZ Capital,

21   came from an account of Sergey Khazarov

22   individually, correct?

23        A.   Yes, that is correct.

24        Q.   I'm going to show you a document that I

25   am marking as Linco 12.



1              (Whereupon, Linco Exhibit 12 was marked
2          for identification.)
3              MR. WEBER:  It should be uploaded to the
4          Dropbox for Paul and Seigiu.
5     BY MR. WEBER:
6          Q.   The document marked as Linco 12 is a
7     document showing a contribution of $300,000 made by
8     Linco to Unified Advance, using a personal account
9     of Sergey Khazarov, individually?
10         A.   Yes, this is correct.
11         Q.   Do you see on Linco 12, it says Khazarov
12    Sergey Nikita Ruben?
13         A.   Yes, I can see it.
14         Q.   Who is Nikita Ruben?
15         A.   This is my full name.
16         Q.   So just to be clear, can you say your
17    full name?
18         A.   Sergey Nakita Rubin Khazarov.
19         Q.   You're aware of a company called Star
20    Capital Management, LLC, correct?
21         A.   Yes, I am.
22         Q.   I'm showing you a document that I am
23    marking as Linco 13.
24             (Whereupon, Linco Exhibit 13 was marked
25          for identification.)



1           MR. WEBER:  It should be uploaded to the
2      Dropbox for Paul and Seigiu.
3  BY MR. WEBER:
4      Q.   What is Linco 13?
5      A.   So they're $460,000 money -- is the money
6  transfer order by Sergey Khazarov to transfer money
7  on behalf of Mr. Khazarov to Star
8  Capital Management, LLC, it's payment for his share
9  or its share in Star Capital Management, LLC, by --
10  per instruction it was sent to Star Equities, not
11  to Star Capital Management, LLC.
12      Q.   And Linco's contribution of $480,000,
13  which is set forth in Linco 13 to Star Capital
14  Management, was made from an account of Sergey
15  Khazarov, individually, correct?
16      A.   Yes.
17      Q.   Did Linco obtain the 480,000 that it used
18  to make a contribution to Star Capital Management,
19  from the inheritance that Sergey Khazarov received
20  from Sergey Khazarov's father?
21      A.   Yes, this is correct.
22      Q.   In what year did Sergey Khazarov receive
23  the inheritance that Sergey Khazarov used to give
24  the funds to Linco, that Linco used toward to its
25  contributions to EZ Capital, Unified Advance and



1  Star Capital Management, LLC?

2       A.   I'm trying to recall.

3            It was 2014.

4       Q.   Was the $480,000 that Linco contributed

5  to Star Capital Management, the $300,000 that Linco

6  contributed to Unified Advance and the $600,000

7  that Linco contributed to EZ Capital, the entirety

8  of the amounts that Sergey Khazarov inherited from

9  Sergey Khazarov father?

10           MR. AIELLO:  I'm sorry.  Please go ahead

11      and ask the question, I apologize.

12           I am objecting to this question because

13      it intrusive financial discovery that's being

14      entered before there is the entry of the

15      judgment.

16           So don't answer that question, Mr.

17      Khazarov.

18           MR. WEBER:  We will address this with the

19      court.

20  BY MR. WEBER:

21      Q.   Is there any agreement between Linco and

22  Sergey Khazarov with respect to the monies that

23  Sergey Khazarov individually wired to, on behalf of

24  Linco or Linco's contributions to EZ Capital

25  Unified Advance or Star Capital Management?



```
1    amount?

2         A.   No.

3         Q.   I am going to refer to Star Capital

4    Management, LLC, as Star Capital, okay?

5         A.   Okay.

6         Q.   Before I go to Star Capital, is Unified

7    Advance still in business?

8         A.   As far as I know, no.

9         Q.   Why is Unified Advance no longer in

10   business?

11            MR. AIELLO:  Calls for speculation.

12            THE WITNESS:  I don't know.

13   BY MR. WEBER:

14        Q.   Did you have any understanding of why

15   Unified Advance is not in business?

16            MR. AIELLO:  Objection to the form.

17            THE WITNESS:  Gary Gelman had spent all

18        the money.

19   BY MR. WEBER:

20        Q.   What is "all the money" that you are

21   referring to?

22        A.   My money and other investor's money.

23        Q.   Your testimony is, that to your

24   understanding Unified Advance is no longer in

25   business because Gary Gelman spent all your money
```



1   and other investor's money in Unified Advance?

2        A.   No.   My opinion is that Gary Gelman is a

3   con man.   And he's using illegal and indecent

4   methods to get money from investors into the

5   company.   But otherwise, I don't know regarding the

6   company, just my assumption.

7        Q.   You don't know why Unified Advance is no

8   longer in business, correct?

9        A.   I don't know.

10       Q.   It's a yes or no answer.   I think, just

11  to be clear, you don't know why Unified Advance is

12  no longer in business; yes, or no?

13       A.   I don't know.

14       Q.   You don't know?

15       A.   So my answer is I don't know why.

16       Q.   What is the business of Star Capital?

17            MR. AIELLO:   Objection to form.

18            THE WITNESS:   I don't know, they were

19       supposed to build a hotel.

20  BY MR. WEBER:

21       Q.   Aside from building a hotel, do you have

22  any other understanding of any other business

23  engaged in by Star Capital?

24       A.   No, I don't know.

25       Q.   What was the hotel that Star Capital was



```
 1    to build?
 2         A.    A hotel that was supposed to be located
 3    on the island of Grenada, to which I had invested
 4    my money.
 5         Q.    Was Linco ever a member of Star Capital?
 6         A.    Yes, it was.
 7         Q.    When did Linco first become a member of
 8    Star Capital?
 9         A.    In November of 2017.
10         Q.    What percentage membership interest did
11    Linco hold in Star Capital, if any?
12         A.    I think it was 16.6.
13         Q.    From what time period was Linco a member
14    of Star Capital?
15         A.    Between November of 2017 and September of
16    2019.
17         Q.    How was the value of Linco's membership
18    interest in Star Capital determined?
19              MR. AIELLO:  Objection to the form, vague.
20              THE WITNESS:  Can you ask, like, a more
21         specific question?
22    BY MR. WEBER:
23         Q.    Prior to Linco becoming a member in Star
24    Capital, were there any negotiations about the
25    membership interest that Linco would hold in Star
```



```
 1    marking as Linco 14.
 2              (Whereupon, Linco Exhibit 14 was marked
 3        for identification.)
 4              MR. WEBER:  I have uploaded it into the
 5        Dropbox.
 6    BY MR. WEBER:
 7        Q.   Is the document marked as 14 the
 8    operating agreement that Linco signed to become a
 9    member of Star Capital?
10        A.   No, I'm sorry, I mixed it up.  It was
11    just an exhibit, an amendment.
12        Q.   So there was no operating agreement,
13    there was just an amendment, correct?
14        A.   Yes.  I'm sorry, I got confused.
15        Q.   What operating agreement was the
16    amendment to?
17              MR. AIELLO:  Objection, calls for
18        speculation.
19              THE WITNESS:  I don't know.
20    BY MR. WEBER:
21        Q.   Did you ever ask for a copy of the
22    operating agreement for Star Capital?
23        A.   No, no, I didn't ask.
24        Q.   Why not?
25        A.   I need to use the bathroom.  Let take a
```



 1  the document and then come back after you've had a

 2  chance to review it?

 3        A.   Yes, let's do it.

 4        Q.   So let's take a five-minute break.  Let's

 5  come back at 9:00.

 6               Paul, can you send him the document?

 7            MR. AIELLO:  If you put this share screen

 8        down, I can do it.

 9            MR. WEBER:  Perfect.  Let's come back at

10        9:00 o'clock.

11            (A recess was taken from 8:56 a.m. to

12        8:56 p.m.)

13  BY MR. WEBER:

14        Q.   Have you had a chance to review the

15  document that I've marked as Linco 16?

16        A.   Yes.

17        Q.   And is the document marked as Linco 16,

18  the operating agreement for Unified Advance that

19  Linco signed?

20        A.   Yes.

21        Q.   Why was it that Linco wanted to receive

22  the $150,000 pursuant to the settlement agreement

23  and release in June 2019?

24            MR. AIELLO:  Objection, this has been

25        asked and answered numerous times today.



```
 1            THE WITNESS:  Because I wanted to get my
 2       money back.
 3  BY MR. WEBER:
 4       Q.   Why did you want to get your money back
 5  in June of 2019?
 6       A.   Because I wanted to get my money back.  I
 7  don't know how to answer this, I just wanted to get
 8  it back.
 9       Q.   But what was the reason that you wanted
10  to get the money back in June 2019?
11       A.   I don't remember.
12       Q.   I'm going to show you a document that I
13  am going to Mark as Linco 17.
14            (Whereupon, Linco Exhibit 17 was marked
15       for identification.)
16  BY MR. WEBER:
17       Q.   Can you see this document that I have
18  marked as Linco 17?
19            MR. AIELLO:  Excuse me.  Before he
20       answers, I do not have it, I need to see it.
21            MR. WEBER:  We will upload that to the
22       Dropbox.  It should be in there now.
23            MR. AIELLO:  Let me look at it before he
24       answers, okay?  Thank you.
25
```



```
1   BY MR. WEBER:
2        Q.   You see the document that I've marked as
3   Linco 17, correct?
4        A.   Yes, I see it.
5        Q.   What is this document that I have marked
6   as Linco 17.
7        A.   Buyback agreement.
8        Q.   What was the purpose of this document
9   marked as Linco 17?
10       A.   I wanted to buy my share in the hotel
11  back.
12       Q.   Why did you want to buy your share in the
13  hotel back in September 2019.
14            MR. AIELLO:  Objection to the form of the
15       question.
16            THE WITNESS:  I didn't want to buy it
17       back, Oleg Firer wanted to buy it back.
18  BY MR. WEBER:
19       Q.   Why don't you tell me again, what is the
20  purpose of this document marked as Linco 17?
21            MR. AIELLO:  Objection to form.
22            THE WITNESS:  The purpose was that Oleg
23       Firer through Star Equities, was going to buy
24       my shares out, to buy out my shares in the
25       hotel.
```



```
 1   BY MR. WEBER:

 2        Q.   What is the hotel that you're referring

 3   to?

 4        A.   The hotel that was supposed to be built

 5   in Grenada.

 6        Q.   When did you receive this document marked

 7   as Linco 17 for Linco to sign it?

 8        A.   In September of 2019.

 9        Q.   Were there any discussions about the fear

10   of Star Equities buying Linco's shares out in

11   Grenada prior to Linco signing this document marked

12   as Linco 17?

13             THE INTERPRETER:  Just a second, I need to

14        clarify, it was breaking up.

15             THE WITNESS:  So the Firer told me the

16        criminal investigation in Oleg Khomenko is

17        being started in Grenada. And that by very

18        fortunate circumstance the Khomenko brothers

19        wanted to buy this hotel from Star Capital, and

20        that we should agree to this because it's

21        better to lose a small portion of money than to

22        lose all the money.

23   BY MR. WEBER:

24        Q.   Pursuant to Linco 17, Linco sold its

25   membership interest in Star Capital, correct?
```



SERGEY KHAZAROV Volume 2                                    July 07, 2021
LINCO ENTERPRISES vs OLEG FIRER                                      192

1        A.   Yes, this is correct.

2        Q.   Was anything else said to you by Oleg

3   Firer prior to Linco signing this document, Linco

4   17, in connection with Linco selling its interest

5   in Star Capital?

6        A.   No, nothing, except what I told you in my

7   previous answer.

8        Q.   Did Gary Gelman say anything to you in

9   connection with Linco selling its interest in Star

10  Capital, pursuant to document Linco 17?

11       A.   Practically the same thing that was said

12  by Oleg Firer.

13       Q.   What, if anything, did you say to Gary

14  Gelman or Oleg Firer in connection with Linco

15  signing this document marked as Linco Enterprises

16  17?

17       A.   I asked them how did it happen.

18       Q.   How did what happen?

19       A.   How come that we ended up incurring a

20  loss.

21       Q.   What loss?

22       A.   Because I invested 480,000 and I was

23  getting back $420,000.

24       Q.   And what, if anything, was said in

25  response to your question about how come Linco was



```
 1   incurring a loss?
 2        A.   This is business, things happen.
 3        Q.   Who said that to you?
 4        A.   Both Gelman and Firer did.
 5        Q.   In connection with Linco signing this
 6   document, Linco 17, did you say anything else to
 7   Oleg Firer or Gary Gelman?
 8        A.   No.
 9        Q.   Where were you when you received this
10   document, Linco 17, for signature?
11        A.   In Moscow.
12        Q.   You received it in person or by email, in
13   what form?
14        A.   By email, coming from Oleg Firer.
15        Q.   Was Sergey Khazarov ever a member of Star
16   Capital?
17        A.   No, he wasn't.
18        Q.   Has Star Equities for Gelman suffered any
19   loss based on their contributions to Star Capital?
20             MR. AIELLO:  Objection to the form.
21             THE WITNESS:  How could somebody incur
22        losses or suffer losses if they haven't
23        contributed any money?
24   BY MR. WEBER:
25        Q.   Has Star Equities or Gelman suffered any
```



 1 | Gelman and Star Equities.

 2 |     A.   Yes, this was my understanding and they

 3 | also told me that.

 4 |     Q.   Who told you?

 5 |     A.   Both Gelman and Firer did.

 6 |     Q.   Do you have any other basis for your

 7 | understanding that the $1,158,000 reference on

 8 | PLF000146, meant an investment in cash other than

 9 | what Oleg Firer and Gelman were telling you?

10 |     A.   No.  Just what they said, what is written

11 | on the paper.

12 |     Q.   When did Gary Gelman and Oleg Firer tell

13 | you that the $1,158,000 meant investment in cash in

14 | Star Capital?

15 |     A.   So in the hotel in Grenada and also in

16 | Miami, when we were assigning it they said that.

17 |     Q.   When in the hotel in Grenada did they say

18 | it?

19 |     A.   When we were there in November of 2017.

20 |     Q.   When in Miami did they say it?

21 |     A.   When we signed this document it was also

22 | in November of 2017.

23 |     Q.   Aside from your statement that the

24 | $1,158,000 was inaccurate, on this document were

25 | there any misrepresentations or admissions made to



1   whatsoever before you signed the release in June of

2   2019?

3       A.   No, I did not receive any.

4       Q.   Prior to signing the release and

5   receiving $150,000, did you receive reports on your

6   portfolio investments of $100,000 in Unified

7   Advance?

8           MR. WEBER:  Objection, vague.

9           THE WITNESS:  Yes, I was receiving

10      reportings about my investor's portfolio every

11      month.

12  BY MR. AIELLO:

13      Q.   When you signed the document entitled

14  release, did you understand that you were receiving

15  $150,000 for anything other than your $100,000

16  portfolio investment?

17          MR. WEBER:  Objection, asked and answered.

18          THE WITNESS:  No.  I thought it was my

19      earnings from the portfolio that was being paid

20      back to me.

21  BY MR. AIELLO:

22      Q.   Before you received $420,000 in

23  September 19th, to liquidate your investment in

24  Star Capital Management, had you received any

25  distribution, any dividend, any money whatsoever



1   this case that told you the amount of wires?

2       A.   Yes, I did.

3       Q.   What I'm asking you now is did Mr. Gelman

4   or Mr.  Firer show you anything to indicate that

5   Gelman or Star Equities advanced the other $100,000

6   in wires, not covered by the contributions made by

7   you and Mr. Khomenko?

8           MR. AIELLO:  Objection, vague.

9           THE WITNESS:  No, they didn't show

10      anything to me.

11  BY MR. AIELLO:

12      Q.   Last topic.  You told Mr. Weber, when he

13  was asking you questions the first day, that you

14  believed your investments in EZ Capital to have no

15  value.  Do you recall that testimony?

16      A.   Yes, I do remember.

17      Q.   Do you recall that when defendant's

18  counsel asked you why you believed the investment

19  in EZ Capital to have no value, you told him

20  because there is no market, there is no way I can

21  sell my membership interest in EZ Capital?

22      A.   Yes, I do remember.

23      Q.   You told us that you are aware of no

24  business conducted by EZ Capital other than the

25  operations of VGF; is that right?



1        A.   Yes, I do remember.

2             MR. WEBER:  Objection vague.

3    BY MR. AIELLO:

4        Q.   Do the current operations of VGF, do they

5    suggest to you that your chance of getting any

6    money out of EZ Capital are slim to none?

7        A.   Yes, this is correct.  The chance is

8    slim.

9        Q.   Why do you believe your chances of

10   recovering anything from your investment in EZ

11   Capital are slim?

12       A.   Because they don't have the website

13   anymore.  They sold all the furniture off.  They

14   practically -- they have fired almost all the

15   employees and one of the investors brought a

16   lawsuit against them and got a ruling, that of

17   recovering 70 percent of the amount that was

18   invested or advanced to the merchants. And on top

19   of that, a few weeks ago they stopped sending

20   investor reports to me.

21       Q.   Have you ever received any reports that

22   indicate the value of your investment in EZ

23   Capital?

24       A.   No, I did not.

25       Q.   You told us when you were being solicited

