UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number:  20-22234-CIV-MARTINEZ-BECERRA

LINCO ENTERPRISES, INC.,
    Plaintiff/Counter-Defendant,

vs.

OLEG FIRER, et al.,
    Defendants/Counter-Plaintiffs.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a for a ruling on all pre-trial, non-dispositive matters and matters otherwise consented to, and for a Report and Recommendation on all dispositive matters not consented to by the parties. [ECF Nos. 76, 102]. Magistrate Judge Becerra filed a Report and Recommendation on Plaintiff's Motion to Strike Affirmative Defenses, [ECF Nos. 62, 121], recommending the Motion be granted in part and denied in part. The Court has reviewed the record and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, [ECF No. 121], is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that

1.    Plaintiff's Motion for Order that Strikes Certain Affirmative Defenses or Deems them to be Denials, [ECF No. 62], is **GRANTED IN PART and DENIED IN PART**.

2.    Defendants' First, Twentieth, and Twenty-First Affirmative Defenses are **STRICKEN**, and the Seventh, Eleventh, Twelfth, and Eighteenth Affirmative Defenses are deemed denials.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of October, 2021.

                                                                                     JOSE E. MARTINEZ
                                                                                   UNITED STATES DISTRICT JUDGE