UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22234-MARTINEZ-BECERRA

LINCO ENTERPRISES, INC.,

    Plaintiff,

v.

OLEG FIRER, et al.,

    Defendants.
_____/

OLEG FIRER, et al.,

    Counter-Plaintiff,

v.

LINCO ENTERPRISES, INC.,

    Counter-Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the Parties' Joint Motion for Entry of Agreed Order of Dismissal with Prejudice, (the "Motion"), (ECF No. 132). The Parties are requesting that the Court enter an order dismissing with prejudice all claims and counterclaims in this action and retaining jurisdiction to enforce a settlement agreement between the Parties. (*Id.* at 1.) The Court may, upon the Parties' Motion, dismiss this action "on terms that the court considers proper." *See* Fed. R. Civ. P. 41(a)(2). Having reviewed the record and being otherwise fully advised as to the premises, it is:

    ORDERED and ADJUDGED that:

1.  The Motion is GRANTED as set forth herein.

2.  This action is DISMISSED with prejudice. All parties shall bear their own attorneys' fees and costs.

3.  The Court shall retain jurisdiction only to enforce the terms of the Parties' settlement agreement referenced in the Motion, (ECF No. 132). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278–79 (11th Cir. 2012).

4.  All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of October, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Becerra